# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW DALE DEWBERRY,

Defendant.

Case No.: 2:12-cr-00118-JAD-VCF

**ORDER
RE: MOTION TO WITHDRAW
AS ATTORNEY OF RECORD**

ECF No. 215

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: 11/5/2019

_____
**HONORABLE JENNIFER A. DORSEY**
United States District Court Judge