**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW DALE DEWBERRY,<br><br>　　　　Defendant. | Case No. 2:12-cr-00118-JAD-VCF-2<br><br>**ORDER**<br><br>ECF No. 217 |

　　　IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 25, 2019 at 9:00 a.m., be vacated and advanced to November 18, 2019 at 2:00 p.m.

　　　DATED this 6th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE